IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Civil Action: | 23-cv-003277-CNS-KAS | Date: September 11, 2024 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| RONALD K. YOUNGER | *Pro Se* |
| **Plaintiff** | |
| v. | |
| UNITED AIRLINES INC | *David Gartenberg* |
| | *Emily Stevens* |
| **Defendant** | |

## COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session: 1:32 p.m.

Appearance of counsel.

Argument as to [20] Defendant United Airlines Inc.'s Motion to Dismiss Plaintiff's Amended Complaint given by Ms. Stevens and Mr. Younger with questions from the Court.

As outlined on the record, it is

**ORDERED:** **[20] Defendant United Airlines Inc.'s Motion to Dismiss Plaintiff's Amended Complaint is GRANTED in part and DENIED in part.**

**Case is referred Civil Pro Bono Panel program for potential appointment of counsel.**

**Case is STAYED for 90 days.**

**If counsel enters, they may submit a Motion to Amend the Complaint within 30 days of Entry of Appearance.**

The Court outlines how the case will proceed.

**ORDERED:   Settlement conference with the Magistrate Judge is authorized.**

Court in Recess:  2:04 p.m.          Hearing concluded.          Total time in Court:  00:32